IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SVEND LA ROSE,** : | |
|     Plaintiff, : | |
| : | |
| v. : | **CIVIL ACTION NO. 25-CV-5445** |
| : | |
| **SOCIAL SECURITY** : | |
| **ADMINISTRATION,** *et al.*, : | |
|     Defendants. : | |

## ORDER

**AND NOW**, this 28th day of October 2025, upon consideration of Plaintiff Svend La Rose's Motion to Proceed *In Forma Pauperis* (ECF No. 1) and Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. For the reasons stated in the Court's Memorandum, the Complaint is **DISMISSED IN PART WITH PREJUDICE AND IN PART WITHOUT PREJUDICE**, as follows:

    a. La Rose's claim appealing a ruling on his Social Security Disability Insurance benefits is **DISMISSED** for lack of subject matter jurisdiction, without prejudice to La Rose filing a complaint in a <u>separate lawsuit</u> against the Commissioner pursuant to 42 U.S.C. § 405(g) <u>in the event he has received a final decision</u> on his claim. The Court expresses no opinion on the merits of any such lawsuit.

    b. All other claims are **DISMISSED WITH PREJUDICE.**

4. The Clerk of Court **FURTHER DIRECTED** to close this case.

**BY THE COURT:**

*/s/ John M. Gallagher*
**JOHN M. GALLAGHER, J.**